**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
BARRY FISHMAN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BARRY FISHMAN, | Case No.: 2:16-cv-8485 |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| RICHLAND HOLDINGS, INC. d/b/a ACCTCORP OF SOUTHERN NEVADA, | |
| Defendant. | |

NOW COMES Plaintiff, BARRY FISHMAN, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

**NOTICE OF SETTLEMENT**
-1-

RESPECTFULLY SUBMITTED,

DATED: January 6, 2017              WESTGATE LAW

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  A copy of said filing was transmitted to the following:

Sarah M. Banda
Bowen Law Offices
9960 W. Cheyenne Av, Suite 250
Las Vegas, NV 89129

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal